**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
William E. Camy, SBN 291397
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
CALIFORNIA EXPOSITION & STATE FAIR, CALIFORNIA EXPOSITION & STATE FAIR POLICE DEPARTMENT, ROBERT CRAFT, and EVEREST ROBILLARD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. ROAT, | CASE NO. 2:18-cv-01701-MCE-CKD |
| Plaintiff, | **STIPULATION TO CONTINUE THE DISPOSITIVE MOTION DEADLINE; ORDER** |
| v. | |
| CALIFORNIA EXPOSITION & STATE FAIR, CALIFORNIA EXPOSITION & STATE FAIR POLICE DEPARTMENT, ROBERT CRAFT, and EVEREST ROBILLARD, | Complaint Filed: 06/11/2018 |
| Defendants. | |

This Stipulation is entered into by and between Plaintiff BRIAN ROAT ("Plaintiff") and Defendants CALIFORNIA EXPOSITION & STATE FAIR, CALIFORNIA EXPOSITION & STATE FAIR POLICE DEPARTMENT, ROBERT CRAFT, and EVEREST ROBILLARD ("Defendants") through their counsel of record.

The parties have agreed to attend and scheduled a Settlement Conference with Judge Newman on December 16, 2019. In order to avoid potentially unnecessary litigation expenses should the matter resolve at the Settlement Conference, the parties have conferred and agree to continue the deadline to file a dispositive motion to February 20, 2020. The parties submit good cause exists to extend the aforementioned deadline. The parties further submit that continuing the aforementioned

deadline will not impact the Court's schedule. No trial date has been scheduled.

**IT IS SO STIPULATED.**

Date: October 29, 2019    LAW OFFICE OF MARK E. MERIN

By  /s/ Mark Merin (Authorized on 10/24/19)
    Mark Merin
    Attorney for Plaintiff

Date: October 29, 2019    PORTER | SCOTT
                          A PROFESSIONAL CORPORATION

By  /s/ William E. Camy
    Stephen E. Horan
    William E. Camy
    Attorneys for Defendants

## **ORDER**

Based upon the Stipulation of the parties:

1. The deadline previously set to file a dispositive motion is VACATED.

2. The new deadline to file a dispositive motion is February 20, 2020.

IT IS SO ORDERED.

Dated: October 29, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE