**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
William E. Camy, SBN 291397
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
CALIFORNIA EXPOSITION & STATE FAIR, CALIFORNIA EXPOSITION & STATE FAIR POLICE DEPARTMENT, ROBERT CRAFT, and EVEREST ROBILLARD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. ROAT, | CASE NO. 2:18-cv-01701-MCE-CKD |
| Plaintiff, | **STIPULATION AND ORDER REQUESTING EARLY SETTLEMENT CONFERENCE BEFORE JUDGE KENDAL J. NEWMAN** |
| v. | |
| CALIFORNIA EXPOSITION & STATE FAIR, CALIFORNIA EXPOSITION & STATE FAIR POLICE DEPARTMENT, ROBERT CRAFT, and EVEREST ROBILLARD, | Complaint Filed: 06/11/2018 |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, this matter be set for an early settlement conference to be conducted before Judge Kendall J. Newman on December 16, 2019 at 9:00 a.m. at the United States District Court located at 501 I Street, Sacramento, CA 95814

**IT IS SO STIPULATED.**

///

///

///

{02094472.DOCX}   1

**STIPULATION AND [PROPOSED] ORDER REQUESTING EARLY SETTLEMENT CONFERENCE BEFORE JUDGE KENDAL J. NEWMAN**

Dated: October 24, 2019    PORTER SCOTT
                           A PROFESSIONAL CORPORATION

                           By: /s/William E. Camy
                             Stephen E. Horan
                             William E. Camy
                             Attorneys for Defendants
                             CALIFORNIA EXPOSITION & STATE FAIR,
                             CALIFORNIA EXPOSITION & STATE FAIR
                             POLICE DEPARTMENT, ROBERT CRAFT, and
                             EVEREST ROBILLARD


Dated: October 24, 2019    LAW OFFICE OF MARK E. MERIN


                           By: /s/Mark E. Merin (authorized on 10/24/19)
                             Mark E. Merin
                             Attorney for Plaintiff
                             BRIAN ROAT


### ORDER

The court having review and considered the Parties' Stipulation for an early Settlement Conference and finding good cause here by approves the request for this matter to be set for a Settlement Conference on **December 16, 2019 at 9:00 a.m.** before Judge Kendall J. Newman.

IT IS SO ORDERED.

Dated: October 29, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE