UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. ROAT,<br><br>      Plaintiff,<br><br>    v.<br><br>CALIFORNIA EXPOSITION & STATE FAIR, et al.,<br><br>      Defendants. | No. 2:18–cv–1701–MCE–CKD<br><br>ORDER |

      On March 19, 2020, defendants filed a motion to enforce the settlement agreement, and set the matter for a May 14, 2020 hearing before the undersigned. (ECF No. 30.) On April 30, 2020, plaintiff filed his opposition, and noted that defendants' request for attorneys' fees was made by declaration only — lacking a breakdown in the hours spent. (ECF No. 31.) As more information is needed in order to evaluate the fee request for its reasonableness, the court orders supplemental briefing from defendants. Further, the court has determined that a hearing in this matter is not required, and so vacates the May 14 hearing pursuant to Local Rule 230(g).

      Accordingly, it is HEREBY ORDERED that:

    1. By May 11, 2020, defendants shall submit to the court its billing statement, breaking down the hours spent for its attorneys' fee request (See ECF No. 30-2 at ¶ 6.); and

    2. The hearing on the motion to enforce, currently set for May 14, 2020, is VACATED.

Dated: May 6, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1